**No. 45167.**—Protests 22169–K, etc., of Mattoon & Co. et al.  (San Francisco).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protests were therefore overruled.